UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN PAUL HAMLIN,

    Plaintiffs,

    v.

TIMOTHY COOK DRAPER, et al.,

    Defendants.

_____/

No. C 14-0892 PJH

**ORDER RE PRO PER E-FILING REQUIREMENTS**

    Plaintiff in the above-captioned case has made multiple filings, including his operative amended petition for injunctive relief, via this court's electronic case filing ("ECF") system. While plaintiff purports to be an attorney licensed to practice in Nevada, he does not appear to be licensed to practice in California, and in any event is representing himself, not a client, and is thus proceeding in this case in pro per. As a result, plaintiff is subject to Civil Local Rule 5-1, which provides that a "pro se party may not file electronically unless the pro se party moves for and is granted permission by the assigned judge to become an ECF user in that case." See Civil Local Rule 5-1(b). Any motion for e-filing permission must include a declaration stating (1) that plaintiff has read Civil Local Rule 5-1 and other instructions on the court's website (cand.uscourts.gov) that pertain to electronic filing, (2) that plaintiff understands the requirements of the electronic filing program, and (3) that plaintiff will comply with all of the rules and orders of the court, subject to termination of his participation for failing to comply with said rules and orders.

    The court will rule on the request upon receipt of plaintiff's motion and declaration. Plaintiff shall submit the motion and declaration no later than **April 18, 2014**.

**IT IS SO ORDERED.**

Dated: April 2, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge