Case 4:14-cv-00892-PJH   Document 25   Filed 04/02/14   Page 1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN PAUL HAMLIN,

    Plaintiff,

    v.

TIMOTHY COOK DRAPER, et al.,

    Defendants.

_____/

No. C 14-0892 PJH

**ORDER GRANTING ECF PERMISSION**

The court has considered plaintiff's motion for permission for electronic case filing. Finding that good cause exists, the motion is GRANTED.

**IT IS SO ORDERED.**

Dated: April 2, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge